IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

CHERYL L. SKIPPER,
    Plaintiff,

vs.                              Case No. 3:07cv525/MCR/EMT

JOHN E. POTTER,
    Defendant.
_____/

## **O R D E R**

      This matter is before the court on Plaintiff's Affidavit of Financial Status, construed as a motion for leave to proceed in forma pauperis (Doc. 2).  Upon review of the financial affidavit, the court concludes that Plaintiff has failed to provide sufficient information for the court to grant the motion; specifically, Plaintiff indicates that she has several debts, and although she indicates her approximate monthly payments on these debts, she does not indicate the minimum monthly payment required on each debt.  In order to proceed with this case, Plaintiff must either pay the full filing fee of $350.00 or file a complete in forma pauperis application.  If she chooses to submit a new in forma pauperis application, she should provide information regarding the minimum monthly payment required on each debt listed in Question IV.4.b., in addition to her best estimate of her actual monthly payment on each debt so the court has sufficient information upon which to consider her eligibility to proceed in forma pauperis.

      Accordingly, it is **ORDERED**:

      1.    The clerk of court is directed to send Plaintiff a copy of the forms for non-prisoner pro se parties to request leave to proceed in forma pauperis.  This case number shall be written on the forms.

      2.    Plaintiff's motion to proceed in forma pauperis (Doc. 2) is **DENIED without prejudice**.  Within **THIRTY (30) DAYS** from the date of docketing of this order, Plaintiff shall pay

the full $350.00 filing fee, or submit a motion to proceed in forma pauperis with a properly completed affidavit of financial status, including the information specified in this order.

    3.    Failure to comply with this order may result in a recommendation of dismissal of this action.

**DONE AND ORDERED** this 19th day of December 2007.

    /s/ *Elizabeth M. Timothy*
**ELIZABETH M. TIMOTHY**
**UNITED STATES MAGISTRATE JUDGE**