IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION


CHERYL L. SKIPPER,
    Plaintiff,

vs.                                          Case No. 3:07cv525/MCR/EMT

JOHN E. POTTER,
    Defendant.
_____/

## ORDER

        This cause is before the court on Plaintiff's "Motion to Reconsider Decision Forma Pauperis" (Doc. 13).  Plaintiff requests that this court reconsider the order issued on January 25, 2008, denying her motion to proceed in forma pauperis and directing her to pay the filing fee (Doc. 9).  The court issued the order upon review of the financial information supplied by Plaintiff in her motion to proceed in forma pauperis (Doc. 8), which resulted in the court's determination that she failed to show she was entitled to proceed under 28 U.S.C. § 1915 because she failed to show that payment of the filing fee was beyond her financial means (*see* Doc. 9).  Plaintiff has now provided additional information about her financial status which, upon review, the court deems sufficient to demonstrate that she is entitled to proceed in forma pauperis (*see* Doc. 13).  Therefore, the court will grant the instant motion for reconsideration and permit Plaintiff to proceed in forma pauperis.

        Plaintiff's in forma pauperis status entitles her to service of the complaint at government expense.  However, before the court will issue a service order, Plaintiff must provide three (3) identical copies of the complaint, including attachments.

        Accordingly, it is **ORDERED**:

        1.    Plaintiff's "Motion to Reconsider Decision Forma Pauperis" (Doc. 13) is **GRANTED**.

2.      Upon reconsideration of Plaintiff's motion to proceed in forma pauperis (Doc. 8), the motion is **GRANTED**.

3.      Within **THIRTY (30) DAYS** of the date of docketing of this order, Plaintiff shall submit three (3) identical copies of the complaint, including attachments (Doc. 1).

4.      Plaintiff's failure to comply with this order may result in a recommendation that this action be dismissed for failure to comply with a court order.

**DONE AND ORDERED** this 26th day of February 2008.

/s/ *Elizabeth M. Timothy*
**ELIZABETH M. TIMOTHY**
**UNITED STATES MAGISTRATE JUDGE**