Page 1 of 1

IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

CHERYL LYNN SKIPPER,
    Plaintiff,

vs.                                    Case No. 3:07cv525/MCR/EMT

JOHN E. POTTER,
    Defendant.
_____/

## ORDER

This cause is before the court on Plaintiff's "Motion to Court Requesting Voluntary Dismissal of Complaint" (Doc. 50). Plaintiff seeks dismissal of this action with prejudice. Before the court rules on this matter, Defendant shall notify the court as to whether he opposes the motion.

Accordingly, it is **ORDERED**:

Within **TEN (10) DAYS** of the date of docketing of this order Defendant shall notify the court as to whether he opposes Plaintiff's motion.

**DONE AND ORDERED** this 12th day of February 2009.

                                            /s/ *Elizabeth M. Timothy*
                                            **ELIZABETH M. TIMOTHY**
                                            **UNITED STATES MAGISTRATE JUDGE**