IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

CHERYL LYNN SKIPPER,
    Plaintiff,

vs.                                Case No. 3:07cv525/MCR/EMT

JOHN E. POTTER,
    Defendant.
_____/

## REPORT AND RECOMMENDATION

        This cause is before the court upon Plaintiff's Motion to the Court Requesting Voluntary Dismissal of Complaint With Prejudice (Doc. 50).  Defendant has filed a response indicating that he does not oppose the motion (Doc. 52).

        Rule 41(a)(2) of the Federal Rules of Civil Procedure provides that an action may be dismissed at the Plaintiff's request only by court order, on terms that the court considers proper.[1]  In the instant case, Plaintiff seeks dismissal of this action with prejudice, and Defendant does not oppose Plaintiff's request.  Therefore, Plaintiff's motion should be granted and this case dismissed with prejudice.

        Accordingly, it is respectfully **RECOMMENDED**:

        1.      That Plaintiff's Motion to the Court Requesting Voluntary Dismissal of Complaint With Prejudice (Doc. 50) be **GRANTED**.

        2.      That this case be **DISMISSED with prejudice**.

---

[1] Section (a)(1) of Rule 41 does not apply to the instant case because Defendant has served an answer in this case, and a stipulation of dismissal signed by all parties has not been filed.

At Pensacola, Florida this 19<u>th</u> day of February 2009.

/s/ *Elizabeth M. Timothy*
**ELIZABETH M. TIMOTHY**
**UNITED STATES MAGISTRATE JUDGE**

### NOTICE TO THE PARTIES

**Objections to these proposed findings and recommendations may be filed within ten (10) days after being served a copy thereof.  <u>Any different deadline that may appear on the electronic docket is for the court's internal use only</u>.  A copy of objections shall be served upon the magistrate judge and all other parties.  Failure to object may limit the scope of appellate review of factual findings.  *See* 28 U.S.C. § 636; <u>United States v. Roberts</u>, 858 F.2d 698, 701 (11th Cir. 1988).**