## IN THE UNITED STATES DISTRICT COURT FOR THE
## NORTHERN DISTRICT OF FLORIDA
## PENSACOLA DIVISION

CHERYL LYNN SKIPPER,
      Plaintiff,

vs.                              Case No. 3:07cv525/MCR/EMT

JOHN E. POTTER,
      Defendant.
_____/

## O R D E R

      This cause comes on for consideration upon the magistrate judge's report and recommendation dated February 19, 2009.  (Doc. 53).  The parties have been furnished a copy of the report and recommendation and have been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1).  I have made a de novo determination of any timely filed objections.

      Having considered the report and recommendation, and any objections thereto timely filed, I have determined that the report and recommendation should be adopted.

      Accordingly, it is now **ORDERED** as follows:

      1.  The magistrate judge's report and recommendation is adopted and incorporated by reference in this order.

      2.  Plaintiff's Motion to the Court Requesting Voluntary Dismissal of Complaint With Prejudice (Doc. 50) is **GRANTED**.

      3.  This case is **DISMISSED with prejudice**.

      **DONE AND ORDERED** this 25th day of March, 2009.

                          s/ *M. Casey Rodgers*
                         **M. CASEY RODGERS**
                         **UNITED STATES DISTRICT JUDGE**